**Michael C. WALTHER, Appellant,**

v.

**BOATMEN'S NATIONAL BANK OF ST. LOUIS, Respondent.**

No. 66349.

Missouri Court of Appeals, Eastern District, Division Two.

March 14, 1995.

Motion for Rehearing or Transfer to Supreme Court Denied June 12, 1995.

Application to Transfer Denied July 25, 1995.

Herbert K. Hoffman, Clayton, for appellant.

David Wells, St. Louis, for respondent.

Before SMITH, P.J., and PUDLOWSKI and WHITE, JJ.

### ORDER

PER CURIAM.

Plaintiff brought an action alleging defendant wrongfully honored a cashier's check. The trial court sustained defendant's motion for summary judgment and plaintiff appeals. No jurisprudential purpose would be served by a written opinion. The trial court's judgment is affirmed in accordance with Rule 84.16(b).